UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00116

**Eddie L. Stivers,**
*Plaintiff,*

v.

**Theresa A. Cris et al.,**
*Defendants.*

### ORDER

Plaintiff Eddie L. Stivers, proceeding pro se, filed this civil suit pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights in prison, without paying the filing fee. The case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b).

On June 12, 2025, the magistrate judge issued a report and recommendation that this case be dismissed without prejudice because plaintiff failed to comply with the court's orders to amend his complaint and to satisfy the filing-fee requirement. Doc. 8. A copy of the report was mailed to the plaintiff, who did not file any objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice for failure to comply with an order of the court and for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on August 14, 2025.*

J. CAMPBELL BARKER
United States District Judge